```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
KIM A. GIACOIO,                                             :
                                                            :
                    Plaintiff,                              :    **ORDER**
                                                            :
         -against-                                          :    20-cv-00741 (JMF) (KHP)
                                                            :
COMMISSIONER OF SOCIAL SECURITY,                            :
                                                            :
                    Defendant.                              :
                                                            :
-------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

This Court extended Plaintiff's time to serve the Complaint in this matter to May 27, 2020 (*see* ECF No. 13.) No affidavit of service has been filed with the Court. Plaintiff shall have until **October 30, 2020** to serve the Complaint and file the affidavit of service. A failure to comply with this deadline will result in dismissal for failure to prosecute.

         SO ORDERED.

Dated: September 28, 2020
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge