UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KIM A. GIACOIO,

                        Plaintiff,

                        20-CV-0741 (JMF) (KHP)

    -v-

                        ORDER

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order dated January 29, 2020, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge. *See* ECF No. 5. If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant entered an appearance. If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent. Defendant entered a notice of appearance on October 20, 2020. ECF No. 16. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **February 2, 2021.**

      SO ORDERED.

Dated: January 26, 2021
       New York, New York

                                          JESSE M. FURMAN
                                          United States District Judge