# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

KIM A. GIACOIO,

                Plaintiff,                20 **CIVIL** 741 (KHP)

      -v-                                **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commission of Social Security,

                Defendant.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated August 4, 2021, that the Commissioner's decision is reversed that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          August 4, 2021

                                                    **RUBY J. KRAJICK**

                                                    Clerk of Court
                           **BY:**
                                                   **Deputy Clerk**